EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 16 2003

at ___ o'clock and 44 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. CR03 00358 HG |
| Plaintiff, | **INDICTMENT** |
| vs. | [H.R.S. § 708-836.5 & 18 U.S.C. § 13] |
| ROBERT K. SOUZA, JR., | |
| Defendant. | |

**I N D I C T M E N T**
(H.R.S. § 708-836.5 & 18 U.S.C. § 13)

The Grand Jury charges that:

On or about July 5, 2003, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Hawaii Volcanoes National Park, Island of Hawaii, defendant ROBERT K. SOUZA, JR. did

intentionally and knowingly enter and remain unlawfully in a motor vehicle, to wit: a white Chevy van, Hawaii State license plate number "GZN 897", the property of the Institute for Cultural Ecology, with intent to commit therein a crime against a person and property rights.

All in violation of Hawaii Revised Statute, Section 708-836.5 and Title 18, United States Code, Section 13.

DATED: July 16, 2003 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. ROBERT K. SOUZA, JR.
Cr. No.
"INDICTMENT"